# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| G. MATTS HOSPITALITY, LLC t/a SANDS MOTEL, <br><br> Plaintiff, <br><br> v. <br><br> SCOTTSDALE INSURANCE COMPANY and JOHN DOES 1-100 (fictitious names), <br><br> Defendants. | Case No. 3:17-cv-6826-BRM-DEA <br><br> **ORDER** |

**THIS MATTER** is before the Court on a Motion for Summary Judgment filed by Defendant Scottsdale Insurance Company ("Scottsdale" or "Defendant") seeking judgment against Plaintiff G. Matts Hospitality, LLC t/a Sands Motel ("G. Matts" or "Plaintiff") pursuant to Rule 56. (ECF No. 24.) G. Matts filed an Opposition to Scottsdale's Motion for Summary Judgment (ECF No. 27) and Scottsdale filed a Reply Brief to G. Matts' Opposition to its Motion for Summary Judgment (ECF No. 29). Having reviewed the submissions filed in connection with the motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause appearing,

**IT IS** on this 30th day of September 2019,

**ORDERED** that Scottsdale's Motion for Summary Judgment (ECF No. 24.) is **GRANTED**.

*/s/ Brian R. Martinotti*  
**HON. BRIAN R. MARTINOTTI**  
**UNITED STATES DISTRICT JUDGE**